UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. McMenamon, II

   v.

NH Department of Health and Human Services,
Commissioner et al

Case No. 21-cv-479-PB

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 8, 2021 .  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                     /s/ Paul Barbadoro
                                     _____
                                     Paul Barbadoro
                                     United States District Judge

Date: September 28, 2021